*WHEN RECORDED MAIL TO:*

Bureau of Consumer Financial Protection
Attn: Office of Enforcement
1700 G Street NW
Washington, DC 20552

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection

PLAINTIFF(S),
v.

GST Factoring, Inc., et al.

DEFENDANT(S).

CASE NUMBER: CV 8-20-cv-01239-DOC-ADS

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on December 4, 2020 in favor of Bureau of Consumer Financial Protection whose address is 1700 G St NW Washington, DC 20552 and against Rick Graff whose last known address is 158 Saint Andrews Lane Aledo, TX 76008 for $ 26,618,552.00 Principal, $ 0 Interest, $ 0 Costs, and $ 0 Attorney Fees.

ATTESTED this 18 day of March, 2021.

Judgment debtor's driver's license no. and state;   TX 6317   (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number;   8335   (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or address at which summons was served:

Rick Graff
158 Saint Andrews Lane
Aledo, TX 76008

CLERK, U.S. DISTRICT COURT

By  E. VARGAS
      Deputy Clerk

1146

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER