WHEN RECORDED MAIL TO:

Bureau of Consumer Financial Protection
Attn: Office of Enforcement
1700 G Street NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection<br><br>         PLAINTIFF(S),<br>v.<br><br>GST Factoring, Inc., et al.<br><br>         DEFENDANT(S). | CASE NUMBER:<br><br>CV 8-20-cv-01239-DOC-ADS<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on December 17, 2020 in favor of Bureau of Consumer Financial Protection whose address is 1700 G St NW Washington, DC 20552 and against Amanda Johanson whose last known address is 3204 Capobella, Aliso Viejo, CA 92656 for $ 9,992,606.00 Principal, $ 0 Interest, $ 0 Costs, and $ 0 Attorney Fees.

ATTESTED this ___18___ day of __March__, 20_21_.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; ___9120___ (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Amanda Johanson
3204 Capobella, Aliso Viejo, CA 92656
johanson.amanda@gmail.com

CLERK, U.S. DISTRICT COURT

By ___E. VARGAS___
Deputy Clerk

1146

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER